WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Joanne Rivera Alvarez-Pompa,<br><br>Defendant. | No. CR-09-737-08-PHX-NVW<br><br>**ORDER OF DETENTION** |

A detention hearing on the Petition on Supervised Release was held on September 13, 2016.

The Court Finds that the Defendant has knowingly, intelligently, and voluntarily waived her right to a preliminary revocation hearing.

The Court Further Finds that the Defendant has failed to sustain her burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that she is not a serious flight risk. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

IT IS ORDERED that the Defendant shall be detained pending further order of the court.

Dated this 13th day of September, 2016.

Honorable John Z. Boyle
United States Magistrate Judge